UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALBERT JOHN GOMEZ,

    Plaintiff,

v.                        Case No. 8:22-cv-275-VMC-JSS

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Julie S. Sneed's Report and Recommendation (Doc. # 18), filed on August 30, 2022, recommending that the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. #17) be granted. The Court accepts and adopts the Report and Recommendation and remands the case to the Commissioner.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and

1

recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 18) is **ACCEPTED** and **ADOPTED.**

(2) The Commissioner's Motion for Entry of Judgment with Remand (Doc. # 17) is **GRANTED.**

(3) The Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income benefits is **REVERSED.**

(4) The case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the reasons stated in the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. # 17) and the Report and Recommendation (Doc. # 18).

(5) The Clerk is directed to enter judgment in Plaintiff's favor, terminate all other pending motions, and **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of October, 2022.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE